IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ARMANDO SANTOS,
    Petitioner,

vs.                                  Case No. 3:07cv4/RV/EMT

SCOTT P. FISHER, Warden,
    Respondent.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated May 22, 2007. Petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a _de novo_ determination of all timely filed objections.

Having considered the report and recommendation, and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. Petitioner's amended petition for writ of habeas corpus (Doc. 7) is **DENIED** and the clerk is directed to close the file.

**DONE AND ORDERED** this 2nd day of July, 2007.

                                          /s/ _Roger Vinson_
                                          **ROGER VINSON**
                                          **SENIOR UNITED STATES DISTRICT JUDGE**